# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF COLORADO

In re: FOLSOM CORPORATION OF COLORADO § Case No. 18-19402
§
§
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Jared Walters, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $780,000.00 *(without deducting any secured claims)* | Assets Exempt: N/A |
| Total Distribution to Claimants: $83,397.45 | Claims Discharged Without Payment: N/A |
| Total Expenses of Administration: $26,602.55 | |

3) Total gross receipts of $ 110,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $110,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 26,602.55 | 26,602.55 | 26,602.55 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 59,063.75 | 253,592.34 | 84,046.74 | 83,397.45 |
| **TOTAL DISBURSEMENTS** | $59,063.75 | $280,194.89 | $110,649.29 | $110,000.00 |

4) This case was originally filed under Chapter 7 on October 28, 2018. The case was pending for 21 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/21/2021           By: /s/Jared Walters
                            Trustee, Bar No.: 32287

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Dock system for marina, pontoon and boats | 1229-000 | 110,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$110,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - Jared Walters, Chapter 7 Trustee | 2100-000 | N/A | 8,750.00 | 8,750.00 | 8,750.00 |
| Trustee Expenses - Jared Walters, Chapter 7 Trustee | 2200-000 | N/A | 84.70 | 84.70 | 84.70 |
| U.S. Trustee Quarterly Fees - United States Trustee | 2950-000 | N/A | 650.00 | 650.00 | 650.00 |
| U.S. Trustee Quarterly Fees - United States Trustee | 2950-000 | N/A | 650.00 | 650.00 | 650.00 |
| Other - SLBiggs | 3410-000 | N/A | 4,418.00 | 4,418.00 | 4,418.00 |

**UST Form 101-7-TDR (10/1/2010)**

| PAYEE | UNIFORM TRAN. CODE | | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| Other - SLBiggs | 3420-000 | | N/A | 14.00 | 14.00 | 14.00 |
| Other - Wadsworth Garber Warner Conrardy, P.C. | 3210-000 | | N/A | 11,778.50 | 11,778.50 | 11,778.50 |
| Other - Wadsworth Garber Warner Conrardy, P.C. | 3220-000 | | N/A | 257.35 | 257.35 | 257.35 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | | N/A | $26,602.55 | $26,602.55 | $26,602.55 |

## EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | None | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 -1 | Steven Anderson and Deborah Anderson | 7100-000 | N/A | 19,248.00 | 0.00 | 0.00 |
| 1 -2 | Steven Anderson and Deborah Anderson | 7100-000 | N/A | 19,248.00 | 0.00 | 0.00 |
| 1 -3 | Steven Anderson and Deborah Anderson | 7100-000 | N/A | 19,248.00 | 19,248.00 | 19,248.00 |
| 1I-3 | Steven Anderson and Deborah Anderson | 7990-000 | N/A | 1,071.69 | 1,071.69 | 914.71 |
| 2 -1 | IRS | 7100-000 | N/A | 4,680.00 | 4,680.00 | 4,680.00 |
| 2I-1 | IRS | 7990-000 | N/A | 260.57 | 260.57 | 222.40 |
| 3 -1 | Western Slope Holding Company, LLC | 7100-000 | N/A | 65,524.80 | 0.00 | 0.00 |
| 3 -2 | Western Slope Holding Company, LLC | 7100-000 | N/A | 65,524.80 | 0.00 | 0.00 |
| 3 -3 | Zions Agricultural Finance | 7100-000 | N/A | 55,202.75 | 55,202.75 | 55,202.75 |
| 3I-3 | Zions Agricultural Finance | 7990-000 | N/A | 3,073.57 | 3,073.57 | 2,623.37 |
| 4 -1 | CenturyTel of Eagle, Inc. dba CenturyLink | 7100-000 | N/A | 483.25 | 483.25 | 483.25 |

**UST Form 101-7-TDR (10/1/2010)**

| Claim | Creditor | Code | Amount 1 | Amount 2 | Amount 3 | Amount 4 |
|---|---|---|---:|---:|---:|---:|
| 4I-1 | CenturyTel of Eagle, Inc. dba CenturyLink | 7990-000 | N/A | 26.91 | 26.91 | 22.97 |
| NOTFILED-1 | CC Jon Kelly Western Slope Holdings | 7100-000 | 53,000.00 | N/A | N/A | 0.00 |
| NOTFILED-1 | Century Link | 7100-000 | 485.00 | N/A | N/A | 0.00 |
| NOTFILED-1 | Reflections in Metal | 7100-000 | 275.00 | N/A | N/A | 0.00 |
| NOTFILED-1 | Liberty Mutual Insurance Company | 7100-000 | 418.00 | N/A | N/A | 0.00 |
| NOTFILED-1 | Machol & Johannes | 7100-000 | 1,158.00 | N/A | N/A | 0.00 |
| NOTFILED-1 | DMF Bait Company | 7100-000 | 63.75 | N/A | N/A | 0.00 |
| NOTFILED-1 | Directory Plus Durango | 7100-000 | 1,504.00 | N/A | N/A | 0.00 |
| NOTFILED-1 | Lake Durango Water Authority | 7100-000 | 1,610.00 | N/A | N/A | 0.00 |
| NOTFILED-1 | Safeco Insurance | 7100-000 | 151.00 | N/A | N/A | 0.00 |
| NOTFILED-1 | Marine and Boat Directory | 7100-000 | 199.00 | N/A | N/A | 0.00 |
| NOTFILED-1 | Spectrum Business | 7100-000 | 200.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$59,063.75** | **$253,592.34** | **$84,046.74** | **$83,397.45** |

UST Form 101-7-TDR (10/1/2010)

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 18-19402  
**Case Name:** FOLSOM CORPORATION OF COLORADO  

**Trustee:** (260090) Jared Walters, Chapter 7 Trustee  
**Filed (f) or Converted (c):** 05/03/19 (c)  
**§341(a) Meeting Date:** 06/28/19  

**Period Ending:** 01/21/21  
**Claims Bar Date:** 08/19/19

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 3 One Person Kayaks . Valuation Method: | 600.00 | 0.00 | | 0.00 | FA |
| 2 | 1 two person kayak . Valuation Method: | 200.00 | 0.00 | | 0.00 | FA |
| 3 | PayPal | 0.00 | 0.00 | | 0.00 | FA |
| 4 | Corporation is owner of Doc Folsum Marina LLC  (See Footnote) | 275,000.00 | 0.00 | | 0.00 | FA |
| 5 | Telluride Marina, LLC. (Breach of Contract) - ca | 500,000.00 | 0.00 | | 0.00 | FA |
| 6 | A/R 90 days old or less. Face amount = $0. Doubt (See Footnote) | 0.00 | 0.00 | | 0.00 | FA |
| 7 | A/R Over 90 days old. Face amount = $0.Doubtful/  (u) (See Footnote) | 0.00 | 0.00 | | 0.00 | FA |
| 8 | Ice Box . | 150.00 | 0.00 | | 0.00 | FA |
| 9 | Small Fridge . Valuation Method: | 50.00 | 0.00 | | 0.00 | FA |
| 10 | 2 Chair and 1 Counter Cabinet . Valuation Method | 300.00 | 0.00 | | 0.00 | FA |
| 11 | POS System . Valuation Method: | 3,000.00 | 0.00 | | 0.00 | FA |
| 12 | Other inventory or supplies: 2 pairs of rental w | 100.00 | 0.00 | | 0.00 | FA |
| 13 | Other inventory or supplies: One wake board , 20 | 80.00 | 0.00 | | 0.00 | FA |
| 14 | Other inventory or supplies: One knee board , 20 | 50.00 | 0.00 | | 0.00 | FA |
| 15 | Other inventory or supplies: 110 misc. lures, 4 | 470.00 | 0.00 | | 0.00 | FA |
| 16 | VOID  (See Footnote) | 0.00 | 0.00 | | 0.00 | FA |
| 17 | Bluesky/goodwill  (u)  (See Footnote) | 0.00 | 0.00 | | 0.00 | FA |
| 18 | Dock system for marina, pontoon and boats  (u) | Unknown | 110,000.00 | | 110,000.00 | FA |
| 19 | US Forestry Service  (See Footnote) | Unknown | 0.00 | | 0.00 | FA |
| 19 | **Assets   Totals** (Excluding unknown values) | **$780,000.00** | **$110,000.00** | | **$110,000.00** | **$0.00** |

RE PROP# 4  Disclosed in original B with value of $275,000; noti disclose din amended B at 32-2. See asset 18.  
RE PROP# 6  See doc. 32-2, line 11a.  
RE PROP# 7  See doc. 32-2, line 11b.  
RE PROP# 16  Repeat of asset 3. Was originally disclosed at Doc. 1 with $10 value.  
RE PROP# 17  Not disclosed.  
RE PROP# 19  disclosed at doc. 32-2, line 8.1. Only asset with USFS is non-transferable permit to operate.

Printed: 01/21/2021 10:00 AM   V.20.29

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 18-19402  
**Case Name:** FOLSOM CORPORATION OF COLORADO  

**Trustee:** (260090) Jared Walters, Chapter 7 Trustee  
**Filed (f) or Converted (c):** 05/03/19 (c)  
**§341(a) Meeting Date:** 06/28/19  

**Period Ending:** 01/21/21  
**Claims Bar Date:** 08/19/19

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Major Activities Affecting Case Closing:**

09/30/2020 prepared TFR. Counsel paid; accountant paid; UST fees paid with TFR for this case and 18-19403-MER per doc. 116; interest to be paid unsecured creditors at 2.7% with no surplus.

**Initial Projected Date Of Final Report (TFR):**   June 28, 2020           **Current Projected Date Of Final Report (TFR):**   September 30, 2020  (Actual)

Printed: 01/21/2021 10:00 AM     V.20.29

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 18-19402 | | Trustee: | Jared Walters, Chapter 7 Trustee (260090) |
|---|---|---|---|---|
| Case Name: | FOLSOM CORPORATION OF COLORADO | | Bank Name: | Mechanics Bank |
| | | | Account: | ******0666 - Checking Account |
| Taxpayer ID #: | **-***3665 | | Blanket Bond: | $54,420,450.00 (per case limit) |
| Period Ending: | 01/21/21 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 09/18/20 | {18} | Wadsworth Garber Warner Conrardy, PC | payment per agreement approved at doc. 95 | 1229-000 | 110,000.00 | | 110,000.00 |
| 09/22/20 | 101 | Wadsworth Garber Warner Conrardy, P.C. | attorney fees and costs per doc. 126 | | | 12,035.85 | 97,964.15 |
| | | | attorney fees 11,778.50 | 3210-000 | | | 97,964.15 |
| | | | attorney costs 257.35 | 3220-000 | | | 97,964.15 |
| 09/22/20 | 102 | SLBiggs | accountant fees and costs per doc. 129 | | | 4,432.00 | 93,532.15 |
| | | | accountant fees 4,418.00 | 3410-000 | | | 93,532.15 |
| | | | accountant costs 14.00 | 3420-000 | | | 93,532.15 |
| 12/01/20 | 103 | United States Trustee | Dividend paid 100.00% on $650.00, U.S. Trustee Quarterly Fees; Reference: | 2950-000 | | 650.00 | 92,882.15 |
| 12/01/20 | 104 | United States Trustee | Dividend paid 100.00% on $650.00, U.S. Trustee Quarterly Fees; Reference: | 2950-000 | | 650.00 | 92,232.15 |
| 12/01/20 | 105 | Steven Anderson and Deborah Anderson | Dividend paid 100.00% on $19,248.00; Claim# 1 -3; Filed: $19,248.00; Reference: NO # LISTED | 7100-000 | | 19,248.00 | 72,984.15 |
| 12/01/20 | 106 | IRS | Dividend paid 100.00% on $4,680.00; Claim# 2 -1; Filed: $4,680.00; Reference: 3665 | 7100-000 | | 4,680.00 | 68,304.15 |
| 12/01/20 | 107 | Zions Agricultural Finance | Dividend paid 100.00% on $55,202.75; Claim# 3 -3; Filed: $55,202.75; Reference: | 7100-000 | | 55,202.75 | 13,101.40 |
| 12/01/20 | 108 | CenturyTel of Eagle, Inc. dba CenturyLink | Dividend paid 100.00% on $483.25; Claim# 4 -1; Filed: $483.25; Reference: 9605 | 7100-000 | | 483.25 | 12,618.15 |
| 12/01/20 | 109 | Steven Anderson and Deborah Anderson | Dividend paid 85.35% on $1,071.69; Claim# 1I-3; Filed: $1,071.69; Reference: NO # LISTED | 7990-000 | | 914.71 | 11,703.44 |
| 12/01/20 | 110 | IRS | Dividend paid 85.35% on $260.57; Claim# 2I-1; Filed: $260.57; Reference: 3665 | 7990-000 | | 222.40 | 11,481.04 |
| 12/01/20 | 111 | Zions Agricultural Finance | Dividend paid 85.35% on $3,073.57; Claim# 3I-3; Filed: $3,073.57; Reference: | 7990-000 | | 2,623.37 | 8,857.67 |
| 12/01/20 | 112 | CenturyTel of Eagle, Inc. dba CenturyLink | Dividend paid 85.35% on $26.91; Claim# 4I-1; Filed: $26.91; Reference: 9605 | 7990-000 | | 22.97 | 8,834.70 |
| 12/01/20 | 113 | Jared Walters, Chapter 7 Trustee | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 8,834.70 | 0.00 |
| | | | Dividend paid 100.00% on $8,750.00; Claim# ; Filed: $8,750.00    8,750.00 | 2100-000 | | | 0.00 |
| | | | Dividend paid 100.00% on $84.70; Claim# ;    84.70 | 2200-000 | | | 0.00 |

Subtotals : $110,000.00    $110,000.00

{} Asset reference(s)

Printed: 01/21/2021 10:00 AM    V.20.29

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| **Case Number:** | 18-19402 | | **Trustee:** | Jared Walters, Chapter 7 Trustee (260090) |
|---|---|---|---|---|
| **Case Name:** | FOLSOM CORPORATION OF COLORADO | | **Bank Name:** | Mechanics Bank |
| | | | **Account:** | ******0666 - Checking Account |
| **Taxpayer ID #:** | **-***3665 | | **Blanket Bond:** | $54,420,450.00 (per case limit) |
| **Period Ending:** | 01/21/21 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Filed: $84.70 | | | | |

| | | | | |
|---|---|---|---|---|
| | **ACCOUNT TOTALS** | | 110,000.00 | 110,000.00 | $0.00 |
| | Less: Bank Transfers | | 0.00 | 0.00 | |
| | **Subtotal** | | 110,000.00 | 110,000.00 | |
| | Less: Payments to Debtors | | | 0.00 | |
| | **NET Receipts / Disbursements** | | **$110,000.00** | **$110,000.00** | |

| | | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | | |
| **Checking # ******0666** | | 110,000.00 | 110,000.00 | 0.00 |
| | | **$110,000.00** | **$110,000.00** | **$0.00** |